W. A. McLAUGHLIN, INC., Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — McAvoy, Martin, O'Malley and Townley, JJ.

STEPHEN U. HOPKINS, Respondent, v. HENRY S. KERBAUGH, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ROSE E. MASKALIK, Respondent, v. MAX ETTINGER and JACOB SIEGEL, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BRADECK HOLDING CORPORATION, Respondent, v. SHELL EASTERN PETROLEUM PRODUCTS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LOUIS HELLER, Respondent, v. SIPKIN-GORSCHEN & Co., INC., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, because of error in the court's charge in reference to the testimony of the expert called by defendant. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; O'Malley, J., dissents and votes for affirmance on the ground that the error complained of is not so prejudicial as to require a new trial.

JOHN HEZEKIAH LEVY, Appellant, v. GUILD PUBLISHING CORPORATION, a Domestic Corporation, Respondent.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FLORENCE CARR KINNE, Appellant, v. FRANCIS M. CAMERON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARIE ERTL, Respondent, v. CHARLES F. BROWN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALEEN A. HATEM, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

STERLING MOTOR TRUCK COMPANY OF NEW YORK, INC., Appellant, v. THOMAS J. LAVAN and LOUIS PINCUS, Doing Business, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PAULINE GOLDBERG, Respondent, v. ANNIE HONIGMAN and Others, Defendants, Impleaded with ROSBRO REALTY CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.